UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF MISSISSIPPI
JACKSON DIVISION

BARBARA BILBRO,

    Plaintiff,

-vs-                                          CASE NO.:  3:17-CV-00655-TSL-LRA

NAVIENT SOLUTIONS, LLC,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, BARBARA BILBRO, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, BARBARA BILBRO, and Defendants, NAVIENT SOLUTIONS, LLC, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted,

*/s/Amy Ferrera, Esquire*
Amy Ferrera, Esquire
Florida Bar #: 15313
*Admitted Pro Hac Vice*
**MORGAN & MORGAN, TAMPA, P.A.**
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 577-4738
Fax: (813) 559-4846
amferrera@forthepeople.com
jsherwood@forthepeople.com
*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of May, 2018, the foregoing document was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system; and, a copy of which was served via electronic mail to all parties requesting notification of such filings:

**Benjamin M. Watson**
BUTLER SNOW LLP
Renaissance at Colony Park
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
ben.watson@butlersnow.com

**Haley Gregory**
BUTLER SNOW, LLP
Renaissance at Colony Park
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
haley.gregory@butlersnow.com

**Lisa Simonetti**
Admitted Pro Hac Vice
VEDDER PRICE (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, CA 90067
lsimonetti@vedderprice.com

/s/Amy Ferrera, Esquire
Amy Ferrera, Esquire
Florida Bar #: 15313
*Admitted Pro Hac Vice*